IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**KASEY F. HOFFMAN,**

                        Plaintiff,

        **v.**

**S. PALAGUMMI, et al.,**

                        Defendants.

Case No. 2:16-cv-03030-TLN-EFB (PC)

**[~~PROPOSED~~] ORDER**

    Good cause appearing, Defendant Palagummi is granted a thirty-day extension of time, up to and including October 13, 2018, to respond to Plaintiff's complaint.

Dated: September 17, 2018.

                                                    The Honorable Edmund F. Brennan