UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMAN, | No. 2:16-cv-03030-TLN-EFB |
| Plaintiff, | |
| v. | ORDER |
| S. PALAGUMMI, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On September 17, 2018, the Magistrate Judge issued an order granting Defendant Palagummi's request for an extension of time to respond to plaintiff's complaint. (ECF No. 16.) Plaintiff moves to "set aside" that order, which the Court construes as a request for reconsideration. (ECF No. 18.)

Local Rule 303(f) provides that magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the Magistrate Judge filed September 17, 2018, (ECF No. 16), is AFFIRMED.

Dated: October 15, 2018

Troy L. Nunley
United States District Judge