IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KASEY F. HOFFMAN,**<br><br>                Plaintiff,<br><br>      v.<br><br>**S. PALAGUMMI, et al.,**<br><br>                Defendants. | Case No. 2:16-cv-03030-TLN-EFB (PC)<br><br>**[PROPOSED] ORDER** |

**GOOD CAUSE APPEARING**,

**IT IS ORDERED** that Defendant's Motion for Protective Order is **GRANTED**.

**IT IS FURTHER ORDERED** that all discovery in this matter, including discovery that has already been propounded, be stayed until the Court rules on Defendant's motion for summary judgment.

Dated: November 14, 2018

                                                    The Honorable Edmund F. Brennan