UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>S. PALAGUMMI, et al.,<br><br>        Defendants. | No. 2:16-cv-03030-TLN-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On November 19, 2018, plaintiff filed a request for an extension of time to file his opposition to defendant's October 25, 2018 motion for summary judgment. ECF No. 29. On November 30, 2018, he filed his opposition. ECF No. 30.

Accordingly, plaintiff's request (ECF No. 29) is granted and his November 30, 2018 opposition is deemed timely filed.

So ordered.

Dated: December 6, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE