IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **KASEY F. HOFFMAN,**<br><br>                                     Plaintiff,<br><br>         v.<br><br>**S. PALAGUMMI, et al.,**<br><br>                                     Defendant. | Case No. 2:16-cv-03030-TLN-EFB (PC)<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION TO MODIFY SCHEDULING ORDER** |

    Defendant applied for modification of the discovery deadlines within the scheduling and discovery order.  Defendant requested the discovery deadlines be reset, if necessary, after resolution of Defendant's motion for summary judgment.  Good cause appearing, Defendant's Application is **GRANTED**.  The Court will reset the discovery deadlines, if necessary, after resolution of Defendant's pending motion for summary judgment.

    **IT IS SO ORDERED.**

Dated:  December 12, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE