IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**KASEY F. HOFFMAN,**

Plaintiff,

v.

**S. PALAGUMMI, et al.,**

Defendants.

Case No. 2:16-cv-03030-TLN-EFB (PC)

[~~PROPOSED~~] ORDER

Defendant Palagummi's request for an extension of time to file an opposition to Plaintiff's motion for summary judgment is GRANTED. Defendant Palagummi's opposition to Plaintiff's motion for summary shall be due thirty days after the Court issues a final ruling on Defendant's motion for summary judgment based on exhaustion grounds (ECF No. 24).

**IT IS SO ORDERED**

Dated: January 7, 2019.

_____
The Honorable Edmund F. Brennan