IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KASEY F. HOFFMAN,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**S. PALAGUMMI, et al.,**<br><br>　　　　　　Defendant. | Case No. 2:16-cv-03030-TLN-EFB (PC)<br><br>**[PROPOSED] ORDER GRANTING APPLICATION TO MODIFY SCHEDULING ORDER** |

Defendant applied for modification of the deadlines within the scheduling and discovery order. Defendant requested the dispositive motion deadline be reset, if necessary, after resolution of Defendant's pending motion for summary judgment on failure to exhaust grounds. Good cause appearing, Defendant's Application is **GRANTED**. The Court will reset the scheduling order deadlines, if necessary, after resolution of Defendant's pending motion for summary judgment.

　　IT IS SO ORDERED.

DATED: May 9, 2019.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE